#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEW JERSEY
#### CAMDEN VICINAGE

| | |
|---|---|
| BRAD LAFFERTY, *et al.*, | |
| Plaintiff(s), | Civil No. 1:17-06321-RBK/AMD |
| v. | |
| | **ORDER** |
| THE SHERWIN-WILLIAMS COMPANY, *et al.*, | |
| Defendant(s). | |

**KUGLER**, United States District Judge:

This matter arises from defendant the Sherwin-Williams Company's ("Defendant") Motion to Dismiss (Doc. No. 33) Plaintiffs' Amended Complaint (Doc. No. 32). For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 33) is **GRANTED** and Plaintiffs' Amended Complaint is hereby **DISMISSED**.


Dated:  8/21/2018                    /s Robert B. Kugler
                                     ROBERT B. KUGLER
                                     United States District Judge